STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Rothschild Patent Imaging, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ROTHSCHILD PATENT IMAGING LLC, | § § § | |
|---|---|---|
| | § | Case No: 3:22-cv-01938-VC |
| Plaintiff, | § § | PATENT CASE |
| vs. | § § | SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME |
| ZENFOLIO, INC. | § § | |
| Defendant. | § | Honorable Vince Chhabria |

TO THE HON. VINCE CHHABRIA, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Civil Local Rule 6-3, Plaintiff Rothschild Patent Imaging, LLC ("Plaintiff" and/or "RPI") moves to extend the time for Defendant Zenfolio, Inc. ("Defendant" and/or "Zenfolio") to object, respond to, move, or otherwise answer Plaintiff's complaint [Doc. 1]. Plaintiff requests an additional thirty (30) day extension of time for Defendant's answer up to and including June 17, 2022, as the parties are discussing an amicable resolution of the matter. One other extension has been requested and approved. This extension will not negatively impact any other current deadlines. Counsel for Plaintiff has conferred with counsel for Defendant and Defendant's counsel does not oppose this motion.

Dated: May 16, 2022            Respectfully submitted,

*/s/Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2022, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/Stephen M. Lobbin*
**Stephen M. Lobbin**