STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Rothschild Patent Imaging, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC, § § § Plaintiff, § § vs. § § ZENFOLIO, INC. § § Defendant. § § | Case No: 3:22-cv-01938-VC  PATENT CASE  UNOPPOSED MOTION TO STAY AND NOTICE OF SETTLEMENT  Honorable Vince Chhabria |

TO THE HON. VINCE CHHABRIA, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Civil Local Rule 6-3, Plaintiff Rothschild Patent Imaging, LLC ("Plaintiff" and/or "RPI") subject to the approval of the Court, hereby files this Unopposed Motion to Stay All Deadlines and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

Plaintiff and Defendant Zenfolio, Inc. ("Defendant" and/or "Zenfolio") have reached an agreement in principle that will settle and dispense of this matter. The Parties are in the process of memorializing the terms of a written settlement agreement. The parties anticipate that they will be able to perform such terms within thirty (30) days. Accordingly, Plaintiff respectfully requests that the Court grant a stay of the

proceedings between the parties, including all deadlines, up or until July 15, 2022. Defendant is unopposed to the relief requested herein.

Good cause exists for granting this Unopposed Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

Dated: June 16, 2022                    Respectfully submitted,

*/s/Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2022, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/Stephen M. Lobbin*
**Stephen M. Lobbin**