UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZENFOLIO, INC., <br><br> Defendant. | Case No. 22-cv-01938-VC <br><br> **ORDER OF DISMISSAL** |

The Court has been advised by a notice filed by the plaintiff on June 16, 2022 that the parties have reached a settlement in this case. (Re: Dkt. No. 16). Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: June 21, 2022

VINCE CHHABRIA
United States District Judge